# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

---

FIRST DEPARTMENT, JANUARY, 1919.

WILLIAM B. DOWLING, Respondent, v. KENNETH WYNNE, Appellant.

*Process.*

Appeal from order of the Supreme Court, entered in the New York county clerk's office November 6, 1918, denying the defendant's motion to set aside service of summons.

PER CURIAM: The defendant came into this State and was attending as a witness upon the trial of an action, and was served with a summons as he was leaving the court house on his way to the train to return to the State of his residence. He was, therefore, immune from service of civil process. The order should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

JULIUS BOOSMAN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

EUDORA S. VAN HORN, Respondent, v. FRANK M. VAN HORN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CORA MATILDA SEMMES RANLETT, as Executrix, etc., Appellant, v. EDWIN W. ORVIS and Others, Copartners, etc., Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KIRSH, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.